# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

ELLA PATTERSON,

    Plaintiff,

vs.

CASE NO. 1:17-CV-083-NBB-DAS

RYAN'S RESTAURANT GROUP, LLC

and JOHN DOES #1 and 2,

    Defendants.

## ORDER REGARDING NOTICE OF BANKRUPTCY
## AND GRANTING SUGGESTION OF STAY

This matter came before the Court on the Notice of Bankruptcy and Suggestion of Stay filed by META Advisors LLC (the "Trustee"), solely in its capacity as the Unsecured Creditors' Trustee of the Buffets Unsecured Creditors' Trust (the "Trust"), due to Defendant Ryan's Restaurant Group, LLC, having filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code ("the "Bankruptcy Code"). The Court finds that due to the pending Bankruptcy, this matter should be Stayed.

IT IS, THEREFORE, ORDERED that the matter herein is STAYED pending further order of this Court.

SO ORDERED, this the ___ day of August, 2017.

DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE